AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>JOEVON LAMORE WARE,<br><br>Defendant | Case No.   2:23-mj-04136 -duty |

LODGED
CLERK, U.S. DISTRICT COURT
8/14/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
08/14/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___1V___ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 26, 2023 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Complainant's signature

Jaytee Tafoya, ATF Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   August 14, 2023

*Patricia Donahue*
Judge's signature

City and state:   Los Angeles, California

Hon. Patricia Donahue, U.S. Magistrate Judge
Printed name and title

AUSA: C. Richmond x7162

**AFFIDAVIT**

I, Jaytee Tafoya, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a criminal complaint against and arrest warrant for Joevon Lamore WARE ("WARE" or "SUBJECT PERSON") for violations of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm) (the "Subject Offense").

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, my review of official reports, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint, arrest warrant, and search warrants, and it does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since September 2020. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program as well as the ATF Special Agent Basic Training Program. As an SA, I have received training in Federal firearms and narcotics laws and regulations. I regularly refer to these

laws and regulations during the course of my duties and I have experience investigating these crimes.  I am also familiar with how digital devices are used to facilitate and conceal firearms and drug trafficking.  Prior to working for the ATF, I was employed as a Border Patrol Agent with the United States Border Patrol and then transferred to Immigration and Customs Enforcement working as a Deportation Officer.  I received a Bachelor of Science degree in Integrated Studies from Champlain College in Burlington, Vermont.  I am currently assigned to the ATF Los Angeles Group One, California Field Office, which primarily investigates firearms, narcotics, and gang offenses.

### III. STATEMENT OF PROBABLE CAUSE

**A.   LAPD identifies WARE as a suspect in a shooting and find a loaded handgun while arresting him**

4.   In late July 2023, officers and detectives of the Los Angeles Police Department ("LAPD") 77th Division Gang Unit began investigating a shooting incident that was caught on camera. From the camera footage and other investigative steps, LAPD concluded WARE was one of the participants in the shooting. LAPD obtained a Ramey warrant for WARE's arrest for Assault with a Firearm.

5.   On July 26, 2023, LAPD officers conducting surveillance observed WARE enter the front passenger seat of a vehicle.  LAPD officers driving a marked police vehicle and wearing police uniforms conducted a traffic stop on the vehicle.

6.   Officers saw WARE making furtive movements that looked as though he was attempting to conceal something under his seat.

Based on the officers' training and experience, they believed WARE was likely trying to conceal contraband. They removed WARE from the vehicle's front passenger seat, arrested him, and booked him into custody.

7. During a search incident to WARE's arrest and an inventory search of the vehicle, LAPD officers located a 9mm firearm (later identified as an Arex, Delta, 9mm pistol bearing serial number D01534) underneath the front passenger seat where WARE had been seated. The firearm was loaded with fifteen rounds of 9mm ammunition.

    **B.**    **WARE admits he possessed the gun and that he is a felon prohibited from possessing a gun**

8. That same day, on July 26, 2023, LAPD officers and detectives interviewed WARE.

9. That same day, my partner, ATF Special Agent Michael Montevidoni, and I conducted a custodial interview of WARE at the LAPD station.

10. We advised WARE of his Miranda Rights. WARE acknowledged and affirmatively waived his rights and consented to be interviewed.

11. Over the course of the interview, WARE said that he had obtained the pistol found under his car seat approximately one week ago for protection. He admitted he was part of the "Swans" gang and said that the pistol had come from "Vegas," indicating Las Vegas, Nevada. He also admitted that he knew he had been previously arrested and convicted of a felony and that he was prohibited from possessing firearms.

12.  WARE then stated that he was arrested in 2016 by ATF and served state time for a firearms charge.  WARE also stated that he had another firearms charge a couple of years later.

### C. WARE is a convicted felon with two previous felon in possession charges

13.  Criminal history records for "Joevon Lamore Ware" confirmed the following criminal history:

a.  On October 1, 2015, WARE was convicted in the Superior Court of California, County of Los Angeles, Case Number BA437482, of Attempted Robbery of the Second Degree, a Felony.  WARE was sentenced to 60 months of formal probation, and 214 days jail.  Probation was revoked on March 1, 2016, and WARE was sentenced to 16 months in state prison.

b.  On March 1, 2016, WARE was convicted in the Superior Court of California, County of Los Angeles, Case Number BA443253-01, Possession of a Firearm by a Felon, a Felony.  WARE was sentenced to 16 months in state prison.

c.  On February 27, 2018, WARE was convicted in the Superior Court of California, County of Los Angeles – South Central District, Case Number TA145468-01, Possession of a Firearm by a Felon, a Felony.  WARE was sentenced to 32 months in state prison.

### D. The gun and ammunition WARE possessed were manufactured outside California

14.  The firearm possessed by WARE, identified as an Arex, Delta, 9mm pistol bearing serial number D01534 is a firearm as

defined in Title 18, United States Code (USC), Chapter 44, Section 921(a)(3).

15. I have consulted with an ATF firearms expert Special Agent Michael Montevidoni, who informed me that Arex firearms are not and have never been manufactured in the State of California. Arex firearms are manufactured in the Country of Slovenia, thereby affecting interstate commerce.

### IV. Conclusion

16. Based on the foregoing, there is probable cause to believe that WARE has committed violations of 18 U.S.C. §922(g)(1) (felon in possession of a firearm).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 14th day of
August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE